UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| KHADIM GAYE,<br><br>Petitioner,<br><br>v.<br><br>SHERIFF TOM SPANGLER, SECRETARY MARKWAYNE MULLIN, ATTORNEY GENERAL TODD BLANCHE, ROGER D. WILSON DETENTION FACILITY WARDEN, and DIRECTOR OF THE NEW ORLEANS FIELD OFFICE,<br><br>Respondents. | ) | No.: 3:26-CV-242-CLC-JEM |

**<u>O R D E R</u>**

Petitioner Khadim Gaye, by and through counsel, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 on May 22, 2026, challenging his detention under the Due Process Clause, the Fourth Amendment, the Immigration and Nationality Act ("INA"), and the Administrative Procedure Act ("APA"), 5 U.S.C. § 706(2)(A). Petitioner has paid the filing fee.

Having reviewed the petition, the Court **DIRECTS** the Clerk to forward one copy of the petition [Doc. 1] and this Order to each Respondent. Given the issues raised in the petition, good cause exists to require Respondents to file a response by **<u>May 29, 2026</u>**, to show cause why the writ should not issue. *See* 28 U.S.C. § 2243. Petitioner may file any desired reply by **<u>June 1, 2026</u>**.

**SO ORDERED.**

**ENTER:**

**/s/________________________**
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**