# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

KHADIM GAYE,                           )
                                       )
    *Petitioner*,                      )
                                       )
v.                                     )          No.:        3:26-CV-242-CLC-JEM
                                       )
SHERIFF TOM SPANGLER,                  )
SECRETARY MARKWAYNE MULLIN,            )
ATTORNEY GENERAL TODD                  )
BLANCHE, ROGER D. WILSON               )
DETENTION FACILITY WARDEN, and         )
DIRECTOR OF THE NEW ORLEANS            )
FIELD OFFICE,                          )
                                       )
    *Respondents*.                     )

## O R D E R

Before the Court is Petitioner's unopposed motion for an extension of time within which to file a reply to Respondents' response in this federal habeas action under 28 U.S.C. § 2241. (Doc. 12.) Respondents do not oppose the motion. (*See id.*) Upon due consideration, the Court finds the motion well taken, and it is **GRANTED**. Petitioner shall have through June 2, 2026, to submit his reply.

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**